# NO. 12-23-00298-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *EAST TEXAS RANCH, LP,*<br>*APPELLANT* | § | *APPEAL FROM THE 173RD* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *ARLIS A. JONES,*<br>*APPELLEE* | § | *HENDERSON COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant, East Texas Ranch, LP, filed a motion to dismiss this appeal in which it states that it no longer desires to pursue the appeal. The motion to dismiss is ***granted***, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a). Costs are taxed against the party incurring same.

Opinion delivered March 28, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 28, 2024**

**NO. 12-23-00298-CV**

**EAST TEXAS RANCH, LP,**
Appellant
V.
**ARLIS A. JONES,**
Appellee

---

Appeal from the 173rd District Court

of Henderson County, Texas (Tr.Ct.No. CV20-0498-173)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*